Richard L. Stubbs, ISB No. 3239
Anita H. Hurlburt, ISB No. 10705
PERKINS, MITCHELL, POPE & MCALLISTER LLP
Capitol Park Plaza
300 North 6th Street, Suite 200
P. O. Box 519
Boise, Idaho 83701
Telephone: (208) 345-8600
Facsimile: (208) 345-8660
Email: service@perkinsmitchell.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROCKIN' T CONSTRUCTION, INC., and DAVID L. MCGUIRE, as Trustee of the DAVID MCGUIRE LIVING TRUST 2011,<br><br>　　　　Defendants. | Case No. 4:20-cv-00445-DCN<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

　　　　The above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED this 14th day of September, 2021.

                PERKINS, MITCHELL, POPE & MCALLISTER LLP

                By: /s/Richard L. Stubbs
                     Richard L. Stubbs, of the Firm
                     Attorneys Plaintiff

DATED this 14th day of September, 2021.

                PARSONS BEHLE & LATIMER

                By: /s/John E. Cutler
                     John E. Cutler, of the Firm
                     Attorneys Defendant Rockin'T Construction

DATED this 13th day of September, 2021.

                BANKS, GAFFNEY, PLLC

                By: [signature]
                     Jeffery Banks, of the Firm
                     Attorneys for Defendant David McGuire Living Trust

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 14th day of September, 2021, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court, using the CM/ECF system, which sent a Notice of Electronic Filing to the following persons:

| | |
|---|---|
| Lee Radford<br>John E. Cutler<br>PARSONS BEHLE & LATIMER<br>350 Memorial Drive, Ste. 300<br>Idaho Falls, ID 83402<br>Telephone: (208-522-6700)<br>*Attorneys for Defendant Rockin' T Construction, Inc.* | [ ]   U.S. Mail, postage prepaid<br>[ ]   Hand-Delivered<br>[ ]   Overnight Mail<br>[ ]   Facsimile (208) 522-5111<br>[X]   ICourt/E-Filing-<br>LRadford@parsonsbehle.com<br>Jcutler@parsonsbehle.com |
| Jeffery W. Banks<br>BANKS GAFFNEY, PLLC<br>330 Shoup Ave., Ste. 201<br>Idaho Falls, ID 83402<br>Telephone: (208) 524-6655<br>*Attorneys for Defendant David McGuire Living Trust 2011* | [ ]   U.S. Mail, postage prepaid<br>[ ]   Hand-Delivered<br>[ ]   Overnight Mail<br>[ ]   Facsimile (208) 524-6301<br>[X]   ICourt/E-Filing-<br>bgmservice@bgmtriallawyers.com |

                                                      /s/Richard L. Stubbs
                                                        Richard L. Stubbs