IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ROCKIN' T CONSTRUCTION, INC., and DAVID L. MCGUIRE, as Trustee of the DAVID MCGUIRE LIVING TRUST 2011,<br><br>    Defendants. | Case No. 4:20-cv-00445-DCN<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Stipulation for Dismissal with Prejudice (Dkt. 18),

JUDGMENT IS ENTERED AS FOLLOWS:

1. This matter is dismissed with prejudice.

2. Each party will bear its own costs and attorney fees.

DATED: September 23, 2021

_____
David C. Nye
Chief U.S. District Court Judge